IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TONYA PALMER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No.: 3:18-cv-01907 |
| | § | |
| BLUESTEM BRANDS, INC. | § | |
| D/B/A FINGERHUT, | § | |
| | § | |
| Defendant. | § | |

**JOINT REPORT NAMING MEDIATOR**

Pursuant to this Honorable Court's Scheduling Order (Dkt. #21), the Parties submit the following Joint Report Naming Mediator.

The parties propose that Jay Zeleskey of Zeleskey Mediations shall preside over any mediation pertaining to this matter. The Parties will complete any mediation by April 12, 2019.

Dated: November 12, 2018

| | |
|---|---|
| s/ Nathan Volheim | s/ Justin P. Opitz |
| Nathan C. Volheim, #6302103 | Justin P. Opitz |
| Sulaiman Law Group, Ltd. | McGuireWoods LP |
| 2500 South Highland Ave., Suite 200 | 200 McKinney Avenue, Suite 1400 |
| Lombard, Illinois 60148 | Dallas, TX 75201 |
| Phone: (630) 568-3056 | Phone: (214) 932-6471 |
| Facsimile: (630) 575-8188 | Fax: 214) 273-7487 |
| Email: nvolheim@sulaimanlaw.com | Email: jopitz@mcguirewoods.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

s/ Nathan C. Volheim
Nathan C. Volheim
