# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| TONYA PALMER,<br><br>    Plaintiff,<br>v.<br><br>BLUESTEM BRANDS, INC. d/b/a FINGERHUT,<br><br>    Defendant. | Case No.  3:18-cv-01907-B<br><br>Honorable Jane J. Boyle |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff TONYA PALMER, and the Defendant, BLUSTEM BRANDS, INC. d/b/a FINGERHUT, through their respective counsel that the above-captioned action is dismissed, with prejudice, against BLUSTEM BRANDS, INC. d/b/a FINGERHUT, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: April 5, 2019                                                       Respectfully Submitted,

**TONYA PALMER**                                          **BLUESTEM BRANDS, INC. d/b/a FINGERHUT**

/s/ Nathan C. Volheim                                    /s/ Justin Opitz (*with consent*)
Nathan C. Volheim                                        Justin Opitz
*Counsel for Plaintiff*                                  *Counsel for Defendant*
Sulaiman Law Group, LTD                                  McGuire Woods, LLP
2500 S. Highland Avenue, Suite 200                       200 McKinney Avenue, Suite 1400
Lombard, Illinois 60148                                  Dallas, TX 75201
Phone: (630) 575-8181                                    Phone: (214) 932-6400
Fax :(630) 575-8188                                      jopitz@mcguirewoods.com
nvolheim@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

s/ Nathan C. Volheim_____
Nathan C. Volheim
